UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

**CORDON MURPHY,**

Plaintiff,

v. Civil Action No. **2:26-cv-11257**

**EQUIFAX INFORMATION SERVICES, LLC,**

Defendant.

# PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

Plaintiff, **Cordon Murphy**, appearing **pro se**, respectfully moves this Honorable Court for an Order dismissing this action with prejudice as to Defendant Equifax Information Services, LLC.

In support of this Motion, Plaintiff states as follows:

1. Plaintiff commenced this action alleging violations of the Fair Credit Reporting Act.

2. The parties have reached a full and final settlement resolving all claims asserted in this action.

3. The parties executed a written Settlement Agreement and Mutual Release.

4. Pursuant to Paragraph 2 of the Settlement Agreement, Plaintiff agreed to file a Motion to Dismiss with Prejudice and any other documents necessary to effect dismissal of this action with prejudice.

5. Accordingly, Plaintiff respectfully requests that this Court dismiss all claims asserted against Defendant Equifax Information Services, LLC, **with prejudice**, pursuant to the parties' Settlement Agreement.

**WHEREFORE,**

Plaintiff respectfully requests that this Court enter the attached Order dismissing this action with prejudice.

Respectfully submitted,

**Cordon Murphy**

Plaintiff, Pro Se

555 Brush St., Apt. 2115

Detroit, MI 48226

Phone: (313) 800-3866

Email: cordonm513@gmail.com

Dated: June 30, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on **June 30, 2026**, I filed the foregoing **Plaintiff's Motion to Dismiss With Prejudice** and **Proposed Order** with the Clerk of the United States District Court for the Eastern District of Michigan. I further certify that on the same date, I served a true and correct copy of these documents upon counsel for Defendant by depositing them in the United States Mail, First-Class postage prepaid, addressed to counsel of record.

Respectfully submitted,

---

**Cordon Murphy**

555 Brush St., Apt. 2115

Detroit, MI 48226

(313) 800-3866

cordonm513@gmail.com

Dated: June 30, 2026