UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CORDON MURPHY,

        Plaintiff,

v.

EQUIFAX INFORMATION
SERVICES, LLC,

        Defendant.

Case No. 26-cv-11257
Hon. Matthew F. Leitman

_____/

### ORDER (1) GRANTING PLAINTIFF'S MOTION TO DISMISS (ECF No. 7) AND (2) DISMISSING CASE WITH PREJUDICE

In this case, *pro se* Plaintiff Cordon Murphy brings claims against Defendant Equifax Information Services, LLC under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681–1681x.  On June 30, 2026, Murphy filed a motion he called "Plaintiff's Motion to Dismiss with Prejudice" in which he indicated the parties have reached a settlement resolving all claims asserted in this action and that as part of that settlement, Murphy agreed to ask the Court to dismiss this case with prejudice. (*See* Mot., ECF No. 7, PageID.29.)  Accordingly, the Court **GRANTS** Murphy's motion to dismiss (ECF No. 7) and **DISMISSES** this action **WITH PREJUDICE**.

        **IT IS SO ORDERED**.

        s/Matthew F. Leitman
        MATTHEW F. LEITMAN
        UNITED STATES DISTRICT JUDGE

Dated:  July 1, 2026

1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 1, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2